DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MICHAEL JOSEPH NACHREINER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2195

———————————————

November 15, 2023

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.